## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| DOUGLAS HENRY TOALSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:07-0506 |
| ) | Judge Trauger |
| BRIDGESTONE FIRESTONE ) | |
| NORTH AMERICAN TIRE, LLC, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

The *pro se* plaintiff's Petition For Alternate Mandamus (Docket No. 56) is **DENIED**, as beyond the jurisdiction of this court.

It is so **ORDERED.**

Enter this 19th day of April 2011.

_____
ALETA A. TRAUGER
U.S. District Judge